UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 DEC -3 P 2:27

_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| DIANE SMITH AND FRANK SMITH, | ) | |
| | ) | CIVIL ACTION NO. 08-cv-00338 |
| Plaintiffs, | ) | |
| | ) | SECTION: RET |
| v. | ) | |
| | ) | MAGISTRATE JUDGE: SCR |
| THE PURDUE FREDERICK COMPANY, | ) | |
| INC., PURDUE PHARMA L.P., MICHAEL | ) | |
| FRIEDMAN, HOWARD R. UDELL, PAUL | ) | |
| D. GOLDENHEIM, M.D., PEGASUS | ) | |
| PHARMACY, INC., AND ANN RAU AND | ) | |
| LAURENCE SOLOW D/B/A PEGASUS | ) | |
| PHARMACY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Considering the foregoing Joint Motion for Entry of Briefing Schedule for Motions to Dismiss,

**IT IS ORDERED THAT** the Motion is granted, and that Plaintiffs' Memoranda in Opposition to Defendants' Rule 12(b)(6) Motion to Dismiss and the Individual Defendants' Rule 12(b)(2), (5), & (6) Motion to Dismiss shall be filed no later than 30 days after Plaintiffs' receipt of the last transcript of the depositions of Michael Friedman, Paul Goldenheim, and Howard Udell, and Defendants shall then, of right and without the need to petition the Court, have 15 days from the date that the Oppositions are filed to submit their Reply Memoranda. Plaintiffs shall have 7 days from the filing of the Reply Memoranda in which to file any motion for leave to file surreply attaching the proposed surreply. For leave to be considered by the Court, any surreplies shall be limited to issues, if any, raised by Defendants for the first time in their Reply Memoranda. The Motions to Dismiss shall be deemed to be fully briefed and

954908v.1

submitted 14 days after Defendants' Reply Memoranda are filed, and the Motions shall be decided on the briefs unless the Court orders oral argument.

**BATON ROUGE, LOUISIANA,** this 3rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

954908v.1