UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE SMITH AND FRANK SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 08-00338-RET- SCR |
| | ) | |
| v. | ) | |
| | ) | |
| THE PURDUE FREDERICK COMPANY, | ) | |
| INC., PURDUE PHARMA L.P., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Considering the foregoing Joint Motion to Dismiss Individual Defendants With Prejudice and to Amend Case Caption,

**IT IS ORDERED THAT** the Motion is granted, and that any and all claims against Michael Friedman, Paul D. Goldenheim, and Howard R. Udell be and are hereby dismissed with prejudice, and that Michael Friedman, Paul D. Goldenheim, and Howard R. Udell be and are hereby dismissed with prejudice as parties defendant to the captioned civil action, each party to bear his, her or its own costs; and

**IT IS FURTHER ORDERED THAT** the caption of this civil action be and is hereby amended to read as follows:

| | | |
|---|---|---|
| DIANE SMITH AND FRANK SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 08-00338-RET- SCR |
| | ) | |
| THE PURDUE FREDERICK COMPANY, | ) | |
| INC. AND PURDUE PHARMA L.P., | ) | |
| | ) | |
| Defendants. | ) | |

- 1 -

962038v.1

The Clerk of Court is directed to make all necessary adjustments to reflect the foregoing amendment to the case caption.

**BATON ROUGE, LOUISIANA,** this 26th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE